STATE v. BAILEY

No. 71 PC.

Case below: 12 N.C. App. 494.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 December 1971.


STATE v. BRYANT

No. 62 PC.

Case below: 12 N.C. App. 530.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 9 December 1971.


STATE v. EDWARDS

No. 161.

Case below: 12 N.C. App. 421.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 December 1971.


STATE v. FLOWERS

No. 73 PC.

Case below: 12 N.C. App. 487.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 December 1971.


STATE v. KING

No. 60 PC.

Case below: 12 N.C. App. 568.

Petition for writ of certiorari to North Carolina Court of Appeals denied 14 December 1971.